**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DANIEL SACCOCCIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 2:14-cv-02558-CM-JPO |
| | ) | |
| v. | ) | **Judge Murguia** |
| | ) | **Magistrate Judge O'Hara** |
| **NATIONAL CREDIT ADJUSTERS, LLC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CLERK'S ENTRY OF DEFAULT

Upon request of Plaintiff pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it having been demonstrated by affidavit that Defendant, NATIONAL CREDIT ADJUSTERS, LLC., has failed to appear or otherwise defend itself, the undersigned hereby enters the default of Defendant, NATIONAL CREDIT ADJUSTERS, LLC.

S/ Sarah Spegal
Deputy Clerk

Dated: 1/23/15