IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| DANIEL SACCOCCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-cv-02558-CM-JPO |
| | ) | |
| v. | ) | Judge Murguia |
| | ) | Magistrate Judge O'Hara |
| NATIONAL CREDIT ADJUSTERS, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, DANIEL SACCOCCIA, by and through his attorneys, SMITHMARCO, P.C., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully submitted,
**SMITHMARCO, P.C.**

Dated: March 20, 2015

By:   s/ Mandy M. Shell
Mandy M. Shell, KS Bar # 23410
PO Box 413677
Kansas City, MO  64141
Telephone:   (913) 871-4170
Facsimile:   (888) 418-1277
E-Mail:   mshell@smithmarco.com
ATTORNEY FOR PLAINTIFF

1